## CATES v. STATE.
### No. 16891.

Court of Criminal Appeals of Texas.
June 6, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for fifteen years.

The appeal must be dismissed because of the absence from the record of the judgment of conviction.

The appeal is dismissed.

PER CURIAM.

. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.